IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEVELLE C. ROSE,

Defendant.                                          No. 13-cr-30119-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

      Before the Court is a motion to withdraw as counsel for defendant Levelle C. Rose, Jr., due to a conflict of interest (Doc. 14). The Federal Public Defender for the Southern District of Illinois; specifically, Assistant Federal Public Defender Todd M. Schultz, seeks to withdraw as counsel recently realized that a real and apparent conflict of interest exists between the interest of defendant in this case and another individual also represented by the Federal Public Defender's Office. Counsel has discussed this conflict with the government and the parties are in agreement that a conflict of interest exists.

      Thus, for good cause, said motion to withdraw is **GRANTED** (Doc. 14). Assistant Federal Public Defender Todd M. Schultz is hereby terminated as representative counsel for defendant. Accordingly, the Court hereby **APPOINTS** as CJA counsel, attorney **Robert L. Elovitz,** 521 St. Louis Street, Edwardsville, Illinois, 62025.

      **IT IS SO ORDERED.**
Signed this 17th day of July, 2013.

Digitally signed by
David R. Herndon
Date: 2013.07.17
16:21:31 -05'00'

**Chief Judge U.S. District Court**

Page 1 of 1