IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

                              CRIMINAL NO. 13-CR-30119-DRH

vs.

LEVELLE C. ROSE, Jr.,

        Defendant.

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

On July 21, 2014, this court entered a Forfeiture Judgment against defendant Levelle C. Rose, Jr., for the following property which had been seized from the defendant:

**One JP Sauer and Sohn, .22 caliber revolver, bearing serial number 2571412, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 18 U.S.C. § 922(g)(1) and 924(a)(2).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 6, 2014, and ending October 5, 2014, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 18 U.S.C. § 922(g)(1) and 924(a)(2), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Forfeiture Judgment filed on July 21, 2014, namely:

**One JP Sauer and Sohn, .22 caliber revolver, bearing serial number 2571412, and any and all ammunition contained therein.**

The property custodian for the Federal Bureau of Investigation or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the Federal Bureau of Investigation or the United States Marshal.

**IT IS SO ORDERED.**

**Signed this 27th day of May, 2015.**

Digitally signed by David R. Herndon
Date: 2015.05.27 08:59:25 -05'00'

_____
**DAVID R. HERNDON**
**United States District Court Judge**